UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A.           Plaintiff, | District No.   2:13-mj-951 |
| vs. | |
| In the matter of the seizure of Item A | |
| Defendant. | |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On Tuesday, May 20, 2014 this court received a transcript request from Daniel Hollingsworth, Plaintiff Counsel for the U.S.A., dated May 20, 2014, requesting a Transcript of the sealed status hearing held on May 15, 2014.

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Plaintiff Counsel Cristina Silva.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this 20th day of May, 2014.

_____
Cam Ferenbach
United States Magistrate Judge