# FILED
## UNDER
# SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GLEN COBB, et al.,

Plaintiffs,

vs.

DANIEL G. BOGDEN,

Defendant.

Case No. 2:14-cv-781-JAD-VCF

**ORDER**

This action involves Glen Cobb, Charles Cobb, Anna Cobb, and Monica Namnard's Rule 41(g) complaints to return property. On May 15, 2014, the undersigned entered an order and report and recommendation stating, *inter alia*, that the memoranda supporting the government's motion to dismiss and motion to stay will be unsealed on Friday, May 30, 2014, unless the government demonstrates why the memoranda should remain sealed under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006).

On Thursday, May 29, 2014, the government submitted a sealed, *ex parte* motion to keep its memoranda sealed. (Doc. #15). The court will be unable to review the government's motion before the May 30, 2014 deadline expires. Accordingly, the government's memoranda will remain sealed pending the court's resolution of the government's sealed, *ex parte* motion. (Doc. #15).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the court's Friday, May 30, 2014 deadline to unseal the government's memoranda is VACATED.

IT IS FURTHER ORDERED that the government's motion to stay and motion to dismiss are SEALED pending the court's resolution of the government's sealed, *ex parte* motion. (Doc. #15).

IT IS SO ORDERED.

DATED this 29th day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE