UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

GLEN COBB; CHARLES COBB;
ANNA COBB; MONICA NAMNARD,

　　　　Plaintiffs,

vs.

DANIEL G. BOGDEN,
U.S. ATTORNEY FOR THE DISTRICT
OF NEVADA,

　　　　Defendants.

**_S E A L E D_**

2:14-CV-781-JAD-VCF

# O R D E R

On May 15, 2014, Magistrate Judge Ferenbach entered an Order and Report & Recommendation (#15 in 2:13-mj-00947-VCF *SEALED*, 2:13-mj-00948-VCF *SEALED*, 2:13-mj-00951-VCF *SEALED*, 2:13-mj-00953-VCF *SEALED*, 2:13-mj-00954-VCF *SEALED*, and 2:13-mj-00961-VCF *SEALED*) and set a June 4, 2014, evidentiary hearing. The Government has objected to the R&R (#8) and filed an emergency motion to stay the evidentiary hearing pending the District Court's consideration of the objections (#10). The Government's objection challenges the Court's jurisdiction to proceed in this action, and the Court's calendar and the timing of the objection prevents this Court from undertaking a thorough analysis of the jurisdictional objection prior to the scheduled evidentiary hearing. The Court finds that it is in the parties' best interests and the interest of judicial economy that the Government's objections be fully briefed and then considered by the District Court prior to any evidentiary hearing.

Accordingly, good cause appearing, IT IS ORDERED that the June 4, 2014, hearing scheduled before Magistrate Judge Ferenbach is STAYED pending the District Court's ruling on the Government's objections to the R&R (#8).

Dated: June 3, 2014.

_____
JENNIFER A DORSEY
UNITED STATES DISTRICT JUDGE