**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GLEN COBB, *et al.*, <br><br>                    Plaintiffs, <br><br> vs. <br><br> DANIEL G. BOGDEN, United States Attorney for the District of Nevada, <br><br>                    Defendant. | Case No. 2:14–cv–781–JAD–VCF <br><br> **ORDER** |

On May 15, 2014, the undersigned U.S. Magistrate Judge set an evidentiary hearing for June 4, 2014. Today, the Honorable Jennifer A. Dorsey, U.S. District Judge, granted the government's motion to stay the evidentiary hearing pending her ruling on the government's objections.[1]

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the June 4, 2014, evidentiary hearing is VACATED.

DATED this 3rd day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] Nether Judge Dorsey's order nor the government's motion to stay affect the court's consideration of its order to show cause as to why the United States Attorneys should not be held in civil contempt. (*See, e.g.*, Mot. to Stay (#10) at 3:25–26) ("The United States now moves to stay all deadlines in the May 15 Order, except the deadline to respond to the Order to Show Cause.").