# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

GLEN COBB, *et al.*,

       Plaintiffs,

vs.

DANIEL G. BOGDEN, United States Attorney for the District of Nevada,

       Defendant.

Case No. 2:14–cv–00781–APG–VCF

**ORDER**

The Court having reviewed Government's Response to Magistrate Judge's Order to Show Cause (#46), and good cause appearing,

IT IS HEREBY ORDERED:

1. On or before October 3, 2014, the Government must file redacted copies of all papers filed in this case, and the related MJ cases, which contain (a) bank account information related to seizure warrants obtained or (b) the name of the confidential informant, with the content described in 1(a) and 1(b) redacted, with the exception of the last four digits of the bank account numbers;

2. The first page of each redacted filing must identify by case and docket number the sealed filing it is replacing; and

3. The Clerk is directed to unseal, on October 6, 2014, all filings in this case and the related MJ cases, to the extent they have not already been unsealed, with the exception of the documents identified in the government's redacted papers filed in accordance with paragraphs 1 and 2 of this order.

DATED this 19th day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE