UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLEN COBB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL G. BOGDEN, United States Attorney for the District of Nevada,<br><br>Defendant. | Case No. 2:14-CV-00781-APG-VCF<br><br>**ORDER DISMISSING CASE**<br><br>(Dkt. #45) |

On September 9, 2014, Magistrate Judge Ferenbach entered an Amended Order and Report & Recommendation (Dkt. #45) recommending dismissal of this action. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis, and the factual basis, for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #45) is accepted, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

DATED this 9th day of January, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE